No. 178. ROBERTS v. EATON ET AL. C. A. 2d Cir. Certiorari denied. *Henry H. Shepard* and *Murray C. Bernays* for petitioner. *Inzer B. Wyatt* and *Francis Elwood Barkman* for respondents.

No. 181. McCULLAGH v. HOUSTON CHRONICLE PUBLISHING Co. C. A. 5th Cir. Certiorari denied. *Bennett B. Patterson* for petitioner.

No. 187. PORTFOLIO v. UNITED STATES. Court of Claims. Certiorari denied. *Jeremiah T. Mahoney* and *Francis T. Nemac* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Elizabeth B. Davis* for the United States.

No. 188. NICHOLS ET AL. v. LONG ISLAND LIGHTING Co. ET AL. C. A. 2d Cir. Certiorari denied. *Harold G. Aron* for petitioners. *Solicitor General Sobeloff, William H. Timbers* and *Aaron Levy* for the Securities and Exchange Commission; and *David K. Kadane* for the Long Island Lighting Co., respondents.

No. 192. UNITED STATES EX REL. IMPASTATO v. O'ROURKE, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 8th Cir. Certiorari denied. *James Daleo* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 193. MILLIKEN ET AL. v. GILL, DIRECTOR OF INTERNAL REVENUE, ET AL. C. A. 4th Cir. Certiorari denied. *Kenneth D. Thomas* for petitioners. *Solicitor*